AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>*Plaintiff*  )<br>v.  )<br>JOHN A. DESALVO  )<br>*Defendant*  ) | Case No.   1:23-cv-08092-RMB-EAP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date:   09/11/2023

s/ Gregory R. Bockin
*Attorney's signature*

Gregory R. Bockin
*Printed name and bar number*

U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
*Address*

BockinG@SEC.GOV
*E-mail address*

215-597-3192
*Telephone number*

(215) 597-2740
*FAX number*