## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Hon. Renée M. Bumb |
| Plaintiff, | |
| v. | Civ. No. 23-cv-8092 |
| JOHN A. DESALVO, | |
| Defendant. | |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey (by Anthony P. Torntore, Assistant U.S. Attorney), will move before the Honorable Renée M. Bumb, Chief Judge, U.S.D.J., on October 11, 2023 for an Order: (1) granting the United States leave to intervene in the above-captioned civil action (the "SEC Case"); and (2) staying the SEC Case until the conclusion of criminal proceedings in *United States v. DeSalvo* Mag. No. 23-11153 (AME), including trial.

A Memorandum of Law in support of this motion is attached.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:   /s/ *Anthony P. Torntore*
Anthony P. Torntore
Assistant United States Attorney

Dated:   October 11, 2023