## **CERTIFICATE OF SERVICE**

I, Anthony P. Torntore, an Assistant United States Attorney, hereby certify that:

On October 11, 2023, I caused a copy of the attached Motion and supporting Memorandum of Law to be served on the following persons:

Christopher R. Kelly (via ECF)
Gregory R. Bockin
Securities and Exchange Commission
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103
Counsel for the Securities and Exchange Commission

Stacy Biancamano, Esq. (via email)
John A. DeSalvo (via ECF)

I declare under penalty of perjury that the foregoing is true and correct.

/s/*Anthony P. Torntore*
ANTHONY P. TORNTORE
Assistant U.S. Attorney

Dated:   Newark, New Jersey
         October 11, 2023